## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Michael S. Rust and Kim R. Rust, as personal representatives of the Estate of Philip M. Rust and in their individual capacities, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., and John Does 1 though 50, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

Case No. A4-05-080

_____

Before the court is the Plaintiffs' Motion for Attorney Kent L. Klaudt to appear Pro Hac Vice on their behalf. In accordance with Local Rule 79.1(D), Kent L. Klaudt has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the Office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 25) is **GRANTED**. Kent L. Klaudt is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

Dated this 28th day of November, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge